| | |
|---|---|
| 1 | SCHIFF HARDIN LLP |
| 2 | WILLIAM J. CARROLL (CSB #118106) |
|   | wcarroll@schiffhardin.com |
| 3 | One Market, Spear Street Tower |
|   | Thirty-Second Floor |
| 4 | San Francisco, CA  94105 |
|   | Telephone:     (415) 901-8700 |
| 5 | Facsimile:      (415) 901-8701 |
| 6 | |
|   | Attorneys for Defendants |
| 7 | MITCHELL CELAYA, HARRY LEGRANDE, |
|   | MARC DECOULODE, and ROBERT J. |
| 8 | BIRGENEAU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALLIE MAIDOF, et al., | Case No.  11-cv-4971 LB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD TO COMPLAINT** |
| v. | |
| MITCHELL CELAYA, HARRY LEGRANDE, MARC DECOULODE, and ROBERT J. BIRGENEAU, | |
| Defendants. | |

The parties, by and through their attorneys of record, hereby agree and stipulate as follows:

Plaintiffs filed the above-captioned complaint on December 27, 2011.

Accordingly, Defendants must file an answer or otherwise respond to the complaint by January 10, 2012.

The parties have agreed to extend the time in which defendants are to answer or otherwise respond to the complaint.

The parties stipulate that if defendants decide to answer the complaint, their answer will be due on or before January 24, 2012.

///

The parties stipulate that if defendants decide to file a motion to dismiss the complaint, pursuant to Fed.R.Civ.P. 12(b), the following briefing schedule would be in effect:

Defendants will file their opening brief on or before January 24, 2012.

Plaintiffs will file their response brief on or before February 14, 2012.

Defendants will file their reply brief on or before February 28, 2012.

The parties request a hearing date of April 5, 2012.

**IT IS SO STIPULATED.**

Dated: January 9, 2012                            SCHIFF HARDIN LLP

                                                  By: /s/ William J. Carroll
                                                  WILLIAM J. CARROLL
                                                  Attorneys for DefendantsMITCHELL
                                                  CELAYA, HARRY LEGRANDE, MARC
                                                  DECOULODE, and ROBERT J.
                                                  BIRGENEAU

Dated: January 9, 2012                            SIEGEL & YEE

                                                  By: /s/ Daniel Siegel
                                                  DANIEL SIEGEL
                                                  Attorneys for Plaintiffs

I attest and certify under Northern District General Order 45(x) that I received permission from plaintiffs' counsel before e-filing this document and will retain proof of this permission in compliance with 45(x).

Dated: January 9, 2012                            SCHIFF HARDIN LLP

                                                  By: /s/ William J. Carroll
                                                  WILLIAM J. CARROLL
                                                  Attorneys for DefendantsMITCHELL
                                                  CELAYA, HARRY LEGRANDE, MARC
                                                  DECOULODE, and ROBERT J.
                                                  BIRGENEAU

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 11, 2012                           _____
                                                  Hon. Laurel Beeler
                                                  United States Magistrate Judge

SF\320118501.1