1  SCHIFF HARDIN LLP
   WILLIAM J. CARROLL (CSB #118106)
2  wcarroll@schiffhardin.com
   One Market, Spear Street Tower
3  Thirty-Second Floor
   San Francisco, CA  94105
4  Telephone:     (415) 901-8700
5  Facsimile:     (415) 901-8701

6  Attorneys for Defendants
7  MITCHELL CELAYA, HARRY LEGRANDE,
   MARC DECOULODE, and ROBERT J.
8  BIRGENEAU

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | CALLIE MAIDOF, et al.,                    | Case No.  11-cv-4971 LB
13 |                   Plaintiffs,             | **STIPULATION AND [PROPOSED]**
14 | v.                                        | **ORDER EXTENDING TIME IN WHICH TO ANSWER OR**
15 | MITCHELL CELAYA, HARRY                    | **OTHERWISE PLEAD TO**
   | LEGRANDE, MARC DECOULODE, and             | **COMPLAINT**
16 | ROBERT J. BIRGENEAU,
17 |                   Defendants.

18

19     The parties, by and through their attorneys of record, hereby agree and stipulate as

20 follows:

21     Plaintiffs filed the above-captioned complaint on December 27, 2011.

22     Accordingly, Defendants must file an answer or otherwise respond to the complaint by

23 January 10, 2012.

24     The parties have agreed to extend the time in which defendants are to answer or otherwise

25 respond to the complaint.

26     The parties stipulate that if defendants decide to answer the complaint, their answer will

27 be due on or before January 24, 2012.

28 ///

1    The parties stipulate that if defendants decide to file a motion to dismiss the complaint,

2    pursuant to Fed.R.Civ.P. 12(b), the following briefing schedule would be in effect:

3    Defendants will file their opening brief on or before January 24, 2012.

4    Plaintiffs will file their response brief on or before February 14, 2012.

5    Defendants will file their reply brief on or before February 28, 2012.

6    The parties request a hearing date of April 5, 2012.

7    **IT IS SO STIPULATED.**

8    Dated:  January 9, 2012                                   SCHIFF HARDIN LLP

9                                                              By: /s/ William J. Carroll
                                                               WILLIAM J. CARROLL
10                                                             Attorneys for DefendantsMITCHELL
                                                               CELAYA, HARRY LEGRANDE, MARC
11                                                             DECOULODE, and ROBERT J.
                                                               BIRGENEAU
12
     Dated:  January 9, 2012                                   SIEGEL & YEE
13
                                                               By: /s/ Daniel Siegel
14                                                             DANIEL SIEGEL
                                                               Attorneys for Plaintiffs
15

16    I attest and certify under Northern District General Order 45(x) that I received permission

17   from plaintiffs' counsel before e-filing this document and will retain proof of this permission in

18   compliance with 45(x).

19   Dated:  January 9, 2012                                   SCHIFF HARDIN LLP

20                                                             By: /s/ William J. Carroll
                                                               WILLIAM J. CARROLL
21                                                             Attorneys for DefendantsMITCHELL
                                                               CELAYA, HARRY LEGRANDE, MARC
22                                                             DECOULODE, and ROBERT J.
                                                               BIRGENEAU
23

24   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26   DATED:  January 11, 2012                                  _____
27                                                             Hon. Laurel Beeler
                                                               United States Magistrate Judge
28   SF\320118501.1