UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| CALLIE MAIDHOF, et al., | No. C 11-04971 LB |
| Plaintiffs, | **ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT** |
| v. | |
| MITCHELL CELAYA, et al., | [Re: ECF No. 13] |
| Defendants. | |

Plaintiffs instituted this action on October 7, 2011. Complaint, ECF No. 1. On December 7, 2011, Defendants moved to dismiss Plaintiffs' complaint. Motion to Dismiss, ECF No. 13.[1] In response, Plaintiffs filed a First Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). First Amended Complaint, ECF No. 14. Accordingly, Defendants' motion to dismiss Plaintiffs' original complaint is DENIED AS MOOT.

This disposes of ECF No. 13.

**IT IS SO ORDERED.**

Dated: January 12, 2012

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

C 11-04971 LB