UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| CALLIE MAIDHOF, ET AL., | No. CV11-04971 LB |
| Plaintiff(s), | **SCHEDULING ORDER** |
| v. | |
| MITCHELL CELAY, ET AL., | |
| Defendant(s). | |

The parties asked for, and the court ordered, a settlement referral to Judge Ryu. *See* 5/17/2013 Order, ECF No. 55. Defendants filed their motion for summary judgment on April 25, 2013. *See* ECF No. 44, and noticed it for June 20, 2013. (The court notes that Defendants did not calendar their motion when they filed it, and they should be mindful of this next time because if you do not link a motion electronically to the calendar – as required by the ECF filing requirements – the case does not get calendared. The court does not set hearing dates, only last days to hear motions.)

The issue is that the parties contacted Judge Ryu to set a settlement date before June 20, 2013. Usually settlement conferences are scheduled 60 to 90 days out. Judge Ryu's first availability is the week of July 22, 2013.

Under the circumstances, the court continues the summary judgment hearing date from June 20, 2013 to August 15, 2013 at 9:30 a.m. All other dates remain in effect. If the parties need to adjust their discovery dates, they may do so by stipulation but should file a chart with the new dates.

ORDER
CV11-04971 LB

1  The parties must notify the court promptly if the case settles.

2  **IT IS SO ORDERED**.

3  Dated: May 17, 2013

_____
LAUREL BEELER
United States Magistrate Judge

## CONFIDENTIAL

## JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly.  Since we want to make copies for the attorneys and the Court, do not write on the back of any page.  If you need more room, continue at the bottom or on the side of the page.  Thank you for your cooperation.

1. Your name: _____
2. Your age: _____
3. City in which you reside: _____
4. Your place of birth: _____
5. Do you rent or own your own home? _____
6. Are you married or do you have a domestic partner?  ____Yes ____ No
7. Please list the occupation of your spouse or domestic partner. _____

8. If you are not married and do not have a domestic partner, are you (circle one, if applicable):

    single          separated                  divorced            widowed

9. If you have children, please list their ages and sex and, if they are employed, please give their occupations.

    _____
    _____
    _____

10. What is your occupation and how long have you worked in it? (If you are retired, please describe your main occupation when you were working).

    _____
    _____

11. Who is (or was) your employer? _____

12. How long have you worked for this employer? _____

13. Please describe your education background:
    Highest grade completed: _____
    College and/or vocational schools you have attended:
    _____
    _____

    Major areas of study: _____

14. Have you ever had jury experience? _____  Number of times? ____

    If yes:  State/County Court _____ Federal Court ____

    When? _____ Was it a civil or criminal case? _____

    Did any of the juries reach a verdict ? _____ Yes _____ No