United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CALLIE MAIDHOF, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MITCHELL CELAYA, et al.,<br><br>Defendants. | Case No. 3:11-cv-04971-LB<br><br>**ORDER GRANTING SUMMARY JUDGMENT AND DISMISSING CLAIMS AGAINST MITCHELL CELAYA**<br><br>Re: ECF Nos. 72 & 85 |

17   The plaintiffs filed this putative class action on behalf of 66 arrested students alleging Fourth

18   Amendment violations during a student protest at the University of California, Berkeley on

19   December 11, 2009. (First Am. Compl., ECF No. 14 at 2-3, 14.[1]) The court granted in part and

20   denied in part the defendants' motion for summary judgment, leaving only a First Amendment

21   retaliation claim against University of California Police Department Chief Mitchell Celaya.

22   (Order, ECF No. 72 at 17.) Chief Celaya filed an interlocutory appeal to the United States Court of

23   Appeals for the Ninth Circuit, on the ground of qualified immunity. (Notice of Appeal, ECF No.

24   73 at 1-2.)

25

26

27

28

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.
ORDER (No. 3:11-cv-04971-LB)

1    The Ninth Circuit reversed this court's denial of summary judgment as to Chief Celaya and

2  remanded with instructions to dismiss the claims against him. *Maidhof v. Celaya*, No. 13-16800,

3  slip op. at 9 (9th Cir. Feb. 25, 2016). The  mandate issued on April 27, 2016. (*See*  ECF No. 93.)

4  The court therefore vacates its previous order, grants Chief Celaya's motion for summary

5  judgment on the ground of qualified immunity, and dismisses the claims against him with

6  prejudice.

7    **IT IS SO ORDERED.**

8    Dated: April 28, 2016

9    _____

10   LAUREL BEELER
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

ORDER (No. 3:11-cv-04971-LB)              2